**Electronically Filed
Supreme Court
SCWC-22-0000444
03-SEP-2025
09:56 AM
Dkt. 18 ODAC**

SCWC-22-0000444

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR
THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED
CERTIFICATES, SERIES 2007-11,
Respondent/Plaintiff/Counterclaim Defendant-Appellant,

vs.

MARY LEE COLTON,
Petitioner/Defendant/Counterclaimant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000444; CAAP-22-0000291; CASE NO. 3CC13100082K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Tomasa, in place of Recktenwald, C.J., recused)

Petitioner Mary Lee Colton's Application for Writ of

Certiorari, filed on July 16, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, September 3, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Taryn R. Tomasa

